**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7668**

YIMOE SIDDHA,

Plaintiff - Appellant,

v.

RICHARD DOVEY, Warden; CORIZON HEALTH; SGT. SIMMONS, Gang Coordinator; CHAPLAIN HALL, Religious Coordinator,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge. (1:20-cv-00185-GLR)

Submitted: January 27, 2022                    Decided: February 18, 2022

Before AGEE and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Yimoe Siddha, Appellant Pro Se. Patricia H. Beall, Jacqueline G. Greiss, Megan Trocki Mantzavinos, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C., Towson, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yimoe Siddha appeals the district court's order granting summary judgment to Defendants in Siddha's 42 U.S.C. § 1983 action. Having reviewed the record and finding no reversible error, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*